**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6394

ERIC GLASCOE,

Petitioner - Appellant,

versus

UNITED STATES PAROLE COMMISSION; THE DISTRICT
OF COLUMBIA,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:07-cv-
00294-RWT)

Submitted: July 18, 2007          Decided: August 10, 2007

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Glascoe, Appellant Pro Se.  Jennifer A. Wright, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Glascoe appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Glascoe v. U.S. Parole Comm'n, No. 8:07-cv-00294-RWT (D. Md. Feb. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED